**Conrad CAMPBELL, d/b/a Hiway Bar, Appellant,**

v.

**SUPERVISOR OF LIQUOR CONTROL, STATE OF MISSOURI, Respondent.**

No. WD 42306.

Missouri Court of Appeals, Western District.

April 3, 1990.

Ronald L. Rothman of Librach & Rothman, P.C., Clayton, for appellant.

William L. Webster, Atty. Gen., Deborah Ground Buckner, Asst. Atty. Gen., Jefferson City, for respondent.

Before GAITAN, P.J., and CLARK and MANFORD, JJ.

ORDER

PER CURIAM:

Direct appeal from a judgment affirming an order of suspension of a liquor license.

Judgment affirmed. Rule 84.16(b).

**C.P.M. CORPORATION, Respondent,**

v.

**HIDDEN VALLEY GOLF COURSE, INC., et al., Appellant.**

No. WD 42348.

Missouri Court of Appeals, Western District.

April 3, 1990.

James W. Erwin and David S. Corwin of Thompson & Mitchell, St. Louis, for appellant.

Robert R. McQuain and Ronald R. Holliger of Boland, McQuain, Block, DeHardt & Rosenbloom, Kansas City, for respondent.

Before GAITAN, P.J., and CLARK and MANFORD, JJ.

ORDER

PER CURIAM:

Direct appeal from a judgment confirming an award made by an arbitrator in a contract dispute.

Judgment affirmed. Rule 84.16(b).